UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| VINCENT F. RIVERA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ No. 07-014-B-S |
| | ) |
| SUSAN COLLINS, et al, | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

After de novo review, the Recommended Decision of the Magistrate Judge (Docket # 3) dated February 1, 2007 is AFFIRMED and ADOPTED.

If the filing fee is not paid by March 21, 2007, the complaint shall be dismissed pursuant to Section 1915(g).

SO ORDERED.

/s/George Z. Singal
GEORGE Z. SINGAL
CHIEF JUDGE

Date: February 16, 2007