UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| VINCENT F. RIVERA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 07-14-B-S |
| | ) |
| SUSAN COLLINS, et al., | ) |

ORDER DENYING CERTIFICATE OF APPEALABILITY

On February 27, 2007, Vincent F. Rivera filed with this Court an application for certificate of appealability and a notice of appeal from this Court's Order Affirming the Recommended Decision of the Magistrate Judge.

It being the opinion of this Court that no substantial question would be presented for decision on appeal, the certificate of appealability is DENIED.   (F. R. App. P. 22(b)).

/s/George Z. Singal
GEORGE Z. SINGAL
CHIEF JUDGE

Dated: March 26, 2007.